## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **INSIGHT SECURITIES, INC. a Delaware corporation and INTELLIGENICS, INC., a Delaware corporation,** | ) ) ) ) ) | |
| **Plaintiffs** | ) ) | |
| **v.** | ) ) | **Case No.** |
| **DEUTSCHE BANK TRUST COMPANY AMERICAS, a New York Corporation,** | ) ) ) ) | |
| **Defendant.** | ) | |

## COMPLAINT

Plaintiff Insight Securities, Inc, a Delaware corporation ("Insight") and Intelligenics, a Delaware Corporation ("Intelligenics) Legaspy ("Intelligenics"), by and through their undersigned attorneys, and for its Complaint against Defendant, Deutsche Bank Trust Company Americas, a New York corporation ("DBTCA"), stating as follows:

### JURISDICTION AND VENUE

1. Insight is a non-public Delaware corporation with its principal place of business in Highland Park, Illinois where, in its capacity of a securities broker/dealer registered with the Financial Industry Regulatory Authority ("FINRA"), it executes orders for the purchase and sale of securities for its customers as well as providing custodial services.

2. Intelligenics is a Delaware non-public corporation with its principle place of business in Highland Park, Illinois and is the sole owner of Insight.

3.     DBTCA is a corporation incorporated under the laws of New York with its principal place of business at 60 Wall Street, New York, New York 10005 and operates as a bank, accepting deposits, makes loans, private and commercial banking services, and provides discretionary and non-discretionary investment management services (the "Services") to private banking clients throughout the United States, including Illinois.

4.     The activities alleged herein involving DBTCA occurred within its Miami Florida office.

5.     The amount in controversy exceeds $75,000 exclusive of interest and attorney's fees.

6.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

7.     The account transfers at issue in this action originated in Illinois and were accepted by DBTCA's agent for Depository Trust Corporation securities transfers, State Street Bank and Trust Company, Boston ("State Street") and the damages suffered by Insight as a direct and proximate cause of DBTCA negligence regarding those transfers accrued in Highland Park, Illinois.

## FACTS APPLICABLE TO ALL COUNTS
### The Relevant Accounts

8.     Rado Limited Partnership ("Rado") is a limited partnership established under the laws of New Zealand, with its principal place of business in Auckland New Zealand.

9.     On or about March 24, 2011, Rado opened an account with DBTCA ("the Rado Account").

10.    Rado engaged Biscayne Capital S.A. ("Biscayne") as its independent investment advisor and, in 2012, provided Fernando Haberer ("Haberer"), on behalf of Biscayne, with a limited power of attorney over the Rado Account.

11.    On February 18, 2016, Rado executed a revised Partnership Authorization for the Rado Account, which included another limited power of attorney in favor of Haberer

12.    Bralisol Associates, Ltd. ("Bralisol") is British Virgin Islands entity with its legal address in Tortola, British Islands, that is owned by Ricardo J. Levi.

13.    Bralisol opened an account with Insight on December 29, 2016 ("the Bralisol Account").

14.    Bralisol executed a power of attorney providing Total Advisors, LLC, a Cayman Islands investment advisor ("Total") with the authority to enter orders for the purchase and sale of securities in the Bralisol Account.

15.    Clodi Holdings, Ltd. is British Virgin Islands entity ("Clodi") with its legal address in Tortola, British Islands.

16.    Clodi opened an account with Insight (the "Clodi Account") on January 3, 2017.

17.    Clodi, through its director, Amicorp Management Limited ("Amicorp Management") executed a power of attorney providing Total with the authority to enter orders for the purchase and sale of securities in the Clodi Account.

18.     Maria De Los Angeles Aparain Borjas ("Aparain") is a citizen of Argentina who opened an account with Insight in April 2017 ("the Aparain Account").

19.     Aparain executed a power of attorney providing Total with the authority to enter orders for the purchase and sale of securities in the Aparain Account.

20.     At all times relevant hereto, Haberer controlled the activities of both Total and Biscayne and therefore had trading authority over the Bralisol, Asparin, and Clodi accounts at Insight as well as Rado's DBTCA account.

### The Overarching Ponzi Scheme

21.     Haberer and his cohorts, including Frank Chatburn ("Chatburn") were running a Ponzi scheme involving notes issued by Biscayne Capital entities, ostensibly to develop real estate in Florida, including the Florida Keys.  These notes, known as the Biscayne Proprietary Products ("BPP") were illiquid notes.

22.     As Chatburn elocuted in his guilty plea in the criminal case filed against him in the United states District Court for the Southern District of Florida, Case No. 18-20312:

> Beginning in or around and between 2005 and 2007, several individuals, whose identities are known to the United States and the defendant, began operating three businesses (whose names are also known by the defendant and the government): (a) Financial Services Firm; (b) a luxury real estate development company in South Florida; and (c) several private investment funds held in the Cayman Islands. These three businesses, though separate, were connected in that Financial Services Firm sold shares of the Cayman Islands investment funds for the ostensible purpose of developing the real estate projects in South Florida. The defendant was a financial advisor for Financial Services Firm and, by at least in or around 2014, was an approximately 8% shareholder.
>
> Shortly after the three businesses were formed, *in or around 2007*, the real estate projects began suffering financial difficulties

that worsened over the next decade. Despite knowing of the failing financial health, and eventual insolvency, of the real estate projects, the co-conspirator owners and certain Financial Services Firm employees, including the defendant, continued to raise new debt, purportedly for the development of real estate, by: (a) aggressively selling the worthless funds' shares; (b) making false and fraudulent statements to auditors, clients and others, regarding the financial health of these investments; and (c) omitting material information regarding the conflict of interest among the various business lines, among other things.

By the end of 2015, the beneficiary real estate project was at least approximately $200 million in debt and remained mostly undeveloped and unsold. *The investment funds that were being raised were instead fraudulently used by the co-conspirators, including at the direction of the defendant: (a) to repay older debts; (b) to capitalize the consistently unprofitable businesses; and (c) for the co-conspirators own personal use and benefit.* To perpetuate the investment fraud scheme, the co-conspirators, at the direction of the defendant and others, would at times make interest payments to clients to deceive them into believing their investments were generating returns, when in fact their money was not invested in real estate and was not generating returns.

23.     United States Of America v. Frank Roberto Chatburn Ripalda, Case No. 18-20312 filed in the United States District Court for the Southern District of Florida, Document No. 213 (emphasis supplied).

24.     As part of this Ponzi scheme, between June of 2017 and the end of January 2018, Haberer caused $12,349,000 of BPP to be delivered to Rado's DBTCA account and to be paid for by funds advanced by DBTCA, which was paid to entities controlled by Haberer and his cohorts.

25.     The offsetting sales of different BPP from Rado's account failed, ultimately placing the Rado account in an overdraft situation totaling $12,349,000 in its DBTCA.

26.     In February 2018, DBTCA demanded, through Haberer, that Rado deposit funds or securities sufficient to pay Rado's $12,349,000 overdraft.

27.     To at least partially satisfy DBTCA's demand that Rado repay its $12,349,000 overdraft, Haberer submitted four forged transfer instructions to Insight, one on March 8, 2018 for the Clodi account and three on March 15, 2018, one each for Clodi, Bralisol, and Borjas accounts.

28.     All four forged transfer requests instructed Insight to deliver securities to the respective accounts of Clodi, Bralisol, and Borjas at Madison Assets, LLC ("Madison") a Cayman Island registered broker-dealer, run by Gustavo Trujillo ("Trujillo") another of Haberer's cohorts who has since entered a guilty plea after the filing of a criminal information charging bribery and money laundering in the United States District Court for the Eastern District of New York, case no. 19-CR-134 (CBA).

29.     Since the four transfer requests instructed Insight to transfer assets from the Clodi, Bralisol, and Borjas accounts at Insight to their respective same name accounts at Madison, Insight followed industry practice and processed the transfers as instructed.

30.     The transfer requests required use of two companies that are used to transfer securities to non-FINRA members which can include foreign broker-dealers such as Madison as well as domestic and foreign banks and trust companies: (a) the Depository Trust Company ("DTC") is a wholly owned subsidiary of The Depository Trust and Clearing Corporation, for securities traded in the U.S.; and (b) Euroclear is a Belgium-based financial services company for securities not traded in the U.S.

31. DTC is a central securities depository and securities settlement system whose participants include brokers/dealers, banks, investment companies and similar entities that provides clearing, settlement and central securities depository services for trades in eligible securities including equities, corporate bonds, municipal bonds and money market instruments, such as commercial paper. DTC employs what is known as a DVP2 system in which the final settlement of securities occurs *intraday* while any transfer of funds occurs at days end.

32. Euroclear is a Belgium-based financial services company that specializes in the settlement of securities transactions as well as the safekeeping and asset servicing of these securities that was founded in 1968 as part of J.P. Morgan & Co. to settle trades on the then developing Eurobond market.

33. The March 8, 2018 request for the Clodi account instructed Insight to transfer certain securities in Clodi's account via a transfer through the Depository Trust Company ("DTC") is a wholly owned subsidiary of The Depository Trust and Clearing Corporation.

34. Euroclear is a Belgium-based financial services company that specializes in the settlement of securities transactions as well as the safekeeping and asset servicing of these securities. It was founded in 1968 as part of J.P. Morgan & Co. to settle trades on the then developing eurobond market.

35. Euroclear is used to effectuate transfers to non-FINRA members of securities not traded in the United States.

**The March 8, 2018 Transfer of Securities From Clodi's Insight Account**

36.     On March 8, 2018, Haberer caused a transfer request for $5,140,000 in notational value of the securities in the Clodi Account to be submitted to Insight. The transfer request was purportedly signed by representatives of Amicorp Management. *See* Exhibit "A" hereto, which is incorporated by reference herein.

37.     All of the securities listed on the March 8, transfer request for Clodi's Insight account except one were to be transferred via Euroclear.

38.     The one security in the Clodi Account to be transferred via DTC was: "US61746BDM54 MORGAN STANLEY FXD RT SR NT SER F 2.500% 01/24/19 B/E DTD 01/24/14 N/C 810,000.0000US61746BDM54 MORGAN STANLEY FXD RT SR NT SER F 2.500% 01/24/19 B/E DTD 01/24/14 N/C 810,000.0000" with "DTC# 987 and "BJ60" specified in the DTC delivery instructions together with the declaration that the transfer was FFC (for the further credit) of "Clodi Holdings, Ltd. Account number AP***3".

39.     "DTC # 987" is the DTC clearing number for State Street, DBTCA's clearing agent, while "BJ60" identifies that the incoming transfer is for DBTCA.

40.     As herein previously alleged, since the March 8, 2018 transfer request was to send securities from Clodi's Insight account to another Clodi account Insight processed the request including the DTC transfer of  the above alleged $810,000 in Morgan Stanley notes through "DTC# 987" and  *for further credit to "Clodi Holdings, Ltd."* and specifying the receiving account number as AP***3 (emphasis supplied).

41.     On information and belief, State Street received this DTC transfer from Insight's clearing firm, Pershing, LLC ("Pershing") and informed DBTCA that it had

received the $810,000 in Morgan Stanley notes for the benefit of or for the credit to Clodi Holdings, Inc., account number A****3.

42.     At the time DBTCA was on notice that, for at least six months, Rado lacked funds or additional securities to fund the securities purchases that generated the overdraft at DBTCA.

43.     DBTCA also knew at the time it was informed by State Street that the above DTC transfer of securities had been received, that Clodi did not maintain any account at DBTCA and that account number A****3 was nonexistent at DBTCA.

44.     DBTCA was therefore on notice that: (a) funds were being received for the benefit of and credit to a non-existent account DBTCA account and customer, DBTCA should have rejected the transfer; and (b) that Rado lacked the financial resources to fund the purchases ordered by Haberer.

45.     DBTCA, failing to exercise due care and follow its anti-money laundering ("AML") procedures, did not reject this DTC transfer but instead accepted the transfer of $810,000 in Morgan Stanley notes and deposited them in Rado's DBTCA account.

46.     DBTCA subsequently ordered the sale of the $810,000 in Morgan Stanley notes and credited the proceeds to reduce the Rado Account overdraft.

47.     On information and belief, DBTCA received, on or about March 9, 2018, virtually all of the remaining securities specified on the March 8, 2018 transfer request that had been transferred via the Euroclear system which were also

transferred for the benefit of and credit to Clodi account AP***3, which, having failed to exercise due care, DBTCA accepted and deposited the securities in Rado's account.

48. DBTCA then sold the Euroclear transferred securities belonging to Clodi and credited the proceeds in further partial payment of the Rado Account overdraft.

49. Had DBTCA exercised due care and rejected the DTC attempted transfer of the $810,000 in Morgan Stanley notes, Haberer's scheme to submit forged transfer instructions would have been uncovered, the securities (both those transferred via DTC and those transferred by Euroclear) would have been returned and Insight would not have processed any further requests received from Total with verification from the account holder that the transfer request was genuine.

50. As s result of DBTCA' negligence in failing to reject the March 8, 2018 transfers for the befit of and credit to Clodi, Haberer was able to submit three additional forged transfer requests.

**The March 15, 2018 Transfer Requests**

51. On March 15, 2018, Haberer caused three forged transfer requests to be delivered to Insight, one each for the Clodi Account, the Bralisol Account, and the Aparain Account. *See*, respectively, Exhibits "B", "C", and "D" hereto, which are incorporated by reference herein.

52. Each transfer request directed Insight to transfer securities from the respective Insight account to a same name account of the Insight account holders at another institution.

53.     Unaware of the forgeries, Insight proceeded to follow industry standard practice and process all three of these March 15, 2018 transfer requests.

54.     The March 15, 2018 transfer request for the Clodi Account at Insight (Exhibit C hereto) specified the transfer via DTC of all the remaining securities in Clodi's Insight account, which are listed on the transfer request with a total notational value of $707,450.

55.     The March 15, 2018 Clodi transfer instructions were to Clodi's same name account, again specifying both State Street's DTC clearing number, "DTC# 987" and specifying "BJ60" *for further credit to "Clodi Holdings, Ltd."* for account number A****3. *Id.* (emphasis supplied).

56.     DBTCA, once again failing to exercise due care, caused the above securities received on the March 15, 2015 via DTC transfer for the benefit of Clodi to be sold and the proceeds credited to reduce the Rado Account overdraft.

57.     The March 15, 2018 transfer request for the Bralisol Account at Insight (Exhibit C hereto) specified the transfer via the DTC system of $1,301,397.60 in notational value of the following securities:

> a.  22,145 shares of UBS GROUP AG SHS 1SIN#CH0244767585 with a notational value of $408,575.60;
> b.  $200,000 in notational value of YPF SOCIEDAD ANONIMA SR NT REGS 8.500% 07/28/25;
> c.  $200,000 in notational value of PETROBRAS GLOBAL FIN BV 4.375% 05/20/23;
> d.  $127,000 in notational value of CITIGROUP INC NTS 5.900% 09/09/88;
> e.  $200,000 in notational value of BANCO HIPOTECARIO SA ARGENTINA NT SER 29 REGS 9.750% 11/30/20; and
> f.  $120,000 in notational value of BOMBARDIER INC SR NT REGS 6.125% 01/15/23.

The transfer instructions were to Bralisol's same name account, specifying State Street's clearing number, "DTC# 987", and specifying "BJ60" *for further credit to "Bralisol Associates Ltd.*" for account number A****5. *Id*. (emphasis supplied).

58. DBTCA, failing to exercise due care, caused the $1,301.097.60 in notational value of the securities on the March 15, 2018 transfer for the benefit of Bralisol that was received by DBTCA via DTC to be sold and the proceeds credited to the Rado Account overdraft.

59. All of the securities on the Aparain March 15, 2018 transfer request to an Asparin same name account, *except* for the $150,000 in notational value of MUNICIPALIDAD DE LA CIUDAD DECORDOBA USO GLOBAL NT REGS 7.875% 09/29/24, were transferred via DTC to DBTCA. These transferred securities had a notational value of $537,476.

60. The transfer instructions for Brailsol also specified State Street clearing number, "DTC# 987", and specified "BJ60" *for further credit to "Bralisol Associates Ltd.*" for account number A****5. *See* Exhibit D hereto (emphasis supplied).

61. DBTCA, failing to exercise due care, caused the $614,288.19 in notational value of the securities on the March 15, 2018 transfer for the benefit of Aparain received by DBTCA via DTC to be sold and the proceeds credited to the Rado Account overdraft.

62. The remainder of the securities specified in the Clodi, Borjas, and Aparain transfer requests were transferred via the Euroclear system and received by

DBTCA, who, failing to exercise due care, proceeded to sell those securities and credit the proceeds to the Rado Account overdraft.

63.     Thus, the total amount of securities received by DBTCA from the forged March 8, 2018 transfer and the three forged March 15, 2018 transfers that were effectuated via DTC and Euroclear that DBTCA negligently accepted and the deposited in the Rado Account was $8,531,000.

## COUNT I
### (Negligence)

64.     Plaintiff realleges Paragraphs 1 thru 3 and Paragraphs 8 through 63 as Paragraph 64 of this, Count I as fully set forth herein.

65.     DBTCA is aware that securities brokerage firms and other financial institutions have an obligation to safeguard securities deposited with them and to only transfer or convey those securities upon the express direction of the owners of the accounts at those securities brokerage firms and other financial institutions.

66.     Therefore, DBTCA has an obligation to process any transfer of securities effected through DTC transfer requests in strict accordance with the instructions specified in the transfer instructions received by DBTCA.

67.     In processing transfers, DBTCA is obligated to adhere to its AML, know-your-customer, and source of funds procedures, and the various federal regulations related thereto.

68.     Therefore, when Insight sent the aforementioned March 8 and March 15, 2018 DTC transfer requests for the benefit of Clodi, Bralisol and Asparin's

accounts, DBTCA was obligated to reject those transfers because neither Clodi, Bralisol, nor Asparin maintained any accounts at DBTCA.

69.     Moreover, because the aforementioned March 8 and March 15, 2018 transfers were not same account name transfers, DBTCA was obligated pursuant to its AML, know-your-customer, and sources of funds procedures required under The Bank Secrecy Act, 31 U.S.C. § 5311, *et. seq.*, 12 U.S.C. §§ 1892b and 1951-1959 to confirm the identity of the remitting account holder and the legitimate business purpose of such transfer.

70.     DBTCA, therefore, failed to exercise due care in processing the aforesaid March 8 and 15, 2018 transfers.

71.     It was reasonably foreseeable that, by failing to exercise due care in processing the aforesaid March 8 and 15, 2018 transfers and thus exercising control and dominion of the securities listed therein for the benefit of a third-party (Rado), DBTCA's negligent acts would financially injure the firm that had custody of those assets and had initiated the transfers (Insight).

72.     Had DBTCA acted with reasonable care upon receiving the request to transfer "US61746BDM54 MORGAN STANLEY FXD RT SR NT SER F 2.500% 01/24/19 B/E DTD 01/24/14 N/C 810,000.0000US61746BDM54 MORGAN STANLEY FXD RT SR NT SER F 2.500% 01/24/19 B/E DTD 01/24/14 N/C 810,000.0000" *for the credit to or benefit of Clodi Holdings, Ltd.,* account number A****3, DBTCA would have learned that the transfer instructions were forged and that this transfer and

that all of the transfers listed on the March 8, 2015 transfer were unauthorized and thus should have been rejected.

73.     Had DBTCA rejected the above March 8, 2018 DTC transfer, Insight would never had processed the March 15, 2018 transfer requests for the Clodi, Bralisol, and Clodi accounts.

74.     DBTCA negligence in processing the aforesaid March 8 and 15, 2018 transfers, did cause Insight to incur damages in excess of $100,000.

WHEREFORE, Plaintiff prays that judgement be entered for Plaintiff and against Defendant for an amount in excess of $100,000 as proven by the evidence plus all taxable costs.

## COUNT I
## (Conversion)

75.     Plaintiff realleges Paragraphs 1 thru 3 and Paragraphs 8 thru 63 above, as Paragraph 75 of this, Count II, as though fully set forth above.

76.     At the time that DBTCA received the aforementioned March 8 and March 15, 2018 DTC transfers for the credit to or for the benefit of the Clodi, Bralisol, and Aparain accounts as specified in the said transfers, DBTCA knew that the transferring firm, like all firms transferring securities, had legal custody over those assets and had an obligation to deliver any assets owned by Clodi, Braliso, and Asparin only upon their express direction.

77.     On information and believe, DBTCA willfully ignored the express direction that the securities specified on the aforesaid March 8 and March 15, 2018 DTC transfer instructions that the securities were for the credit to or the benefit of

specified non-existent DBTCA accounts for Clodi, Bralisol, and Aparain and exercised unauthorized control on the securities specified on those transfers with the intent to permanently deprive Clodi, Bralisol, and Asparin as owners of the securities and the transferring firm as custodian for the securities.

78.    As a direct and proximate result of DBTCA's knowing exercise of unauthorized control over the securities transferred via the aforesaid March 8 and 15, 2018 transfers, Insight has been injured in excess of $1,000,000.

## III.

## DECLARATORY JUDGEMENT

79.    Plaintiff realleges Paragraphs 1 thru 3 and Paragraphs 8 thru 63 above, as Paragraph 79 of this, Count II, as though fully set forth above.

80.    The Defendants negligent acts are the proximate cause of the losses incurred by the claimants in the Clodi, Bralisol, and Asparin arbitrations.

81.    Therefore, pursuant to the Illinois Joint Tortfeasors Act, 740 ILCS, 100/1, *et seq.*, Insight is entitled to contribution for the percentage of any award entered against Insight in the Clodi, Bralisol, and/or Asparin arbitrations for the percentage of fault attributable to the Defendants acts and failure to act relating to the transfer alleged herein.

WHEREFORE, Plaintiffs, pray that

A.  Judgement be entered against the Defendant, jointly and severally, in the amount of at least $1,000,000 in compensatory damages, punitive damages proven by the evidence, and all taxable costs; and

B.  Pursuant to 28 U.S.C. § 2201, that this Court declare the percentage of fault committed by the Defendants and further declare that the Defendants are

liable to Insight for that percentage of any award entered against it in the Clodi, Bralisol, and Asparin arbitrations.

March 4, 2020

Respectfully submitted,

One of Defendant's attorneys

Nicholas P. Iavarone, Esq.
The Iavarone Firm, P.C.
33 North LaSalle, Suite 1400
Chicago, IL 60602
(312) 63 7-9466
(800) 417-0580 (fax)
niavarone@Iavaronefirm.com

Laurence M. Landsman, Esq.
LANDSMAN LAW FIRM
33 N. LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 251-1144
Larry@LandsmanFirm.com

# Exhibit "A"

**From:** backoffice <backoffice@madisonadvisor.com>
**Sent:** Friday, March 9, 2018 2:11 PM
**To:** ProAdvisors Backoffice <backoffice@pro-advisors.net>; Dhimitri Agolli
<dagolli@insightamericas.net>; Madison Advisor Contact <contact@madisonadvisor.com>
**Cc:** Jennifer Mayer <JMayer@insightamericas.net>; Madison Advisor Contact
<contact@madisonadvisor.com>
**Subject:** RE: FREE DELIVERY AP█3 CLODI - OUR REF QGU█5

Please for the below

US61746BDM54 MORGAN STANLEY FXD RT SR NT SER F 2.500% 01/24/19 B/E DTD 01/24/14 N/C 810,000.0000

Please include BJ60, account 33-███1 in your delivery to DTC 987

thanks

**From:** backoffice
**Sent:** jueves, 8 de marzo de 2018 4:16 p. m.
**To:** ProAdvisors Backoffice <backoffice@pro-advisors.net>; Dhimitri Agolli
<dagolli@insightamericas.net>; Madison Advisor Contact <contact@madisonadvisor.com>
**Cc:** Jennifer Mayer <JMayer@insightamericas.net>; Madison Advisor Contact
<contact@madisonadvisor.com>
**Subject:** RE: FREE DELIVERY AP█3 CLODI - OUR REF QGU█5

Please use for

US61746BDM54 MORGAN STANLEY FXD RT SR NT SER F 2.500% 01/24/19 B/E DTD 01/24/14 N/C 810,000.0000

OUR SSI
DTC 987
BENEFICIARY : STATE STREET BANK AND TRUST CO.

Thanks and regards.

**From:** ProAdvisors Backoffice
**Sent:** jueves, 8 de marzo de 2018 3:52 p. m.
**To:** Dhimitri Agolli <dagolli@insightamericas.net>; Madison Advisor Contact
<contact@madisonadvisor.com>

**Cc:** Jennifer Mayer <JMayer@insightamericas.net>; backoffice <backoffice@madisonadvisor.com>; ProAdvisors Backoffice <backoffice@pro-advisors.net>

**Subject:** Re: FREE DELIVERY AP█████3 CLODI - OUR REF QG█████5

Team Madison

Please advise

Thanks,


El 8 mar. 2018, a la(s) 14:40, ProAdvisors Backoffice <backoffice@pro-advisors.net> escribió:

Team

Please provide your DTC instructions to deliver the below security:

US61746BDM54 MORGAN STANLEY FXD RT SR NT SER F 2.500% 01/24/19 B/E DTD 01/24/14 N/C 810,000.0000

OUR SSI

# DTC: 0443
# Beneficiary: Pershing LLC

Thanks,

BACKOFFICE PRO ADVISORS LLC

**De:** Dhimitri Agolli [mailto:dagolli@insightamericas.net]
**Enviado el:** Thursday, March 08, 2018 2:37 PM
**Para:** ProAdvisors Backoffice
**CC:** Jennifer Mayer
**Asunto:** RE: FREE DELIVERY AP█████3 CLODI - OUR REF QG█████5

Hello,

All positions listed on the LOA are held (and eligible for Settlement purposes) in the DTC market, with the exception of ISIN: XS126650862 – IA Capital Structures (Euroclear)

ISIN: US61746BDM54 – Morgan Stanley FXD RT, is held in the DTC market only and I don't see alternative DTC instructions on the LOA. Also. please provide contact info for the Contra party.

Thank you.

**From:** ProAdvisors Backoffice [mailto:backoffice@pro-advisors.net]
**Sent:** Thursday, March 8, 2018 8:40 AM
**To:** Jennifer Mayer <JMayer@insightamericas.net>; Dhimitri Agolli <dagolli@insightamericas.net>
**Cc:** Carlos Legaspy <carlos@insightamericas.net>; ProAdvisors Backoffice <backoffice@pro-

advisors.net>
**Subject:** RV: FREE DELIVERY AP██3 CLODI - OUR REF QGU█████5

Team

Please set up to **DELIVER FREE OF PAYMENT**

| | | |
|---|---|---|
| US94974BFU98 | WELLS FARGO & CO NEW MEDIUM TERM SR NTS FIXED RATE NOTE SER L 2.125% 04/22/19 B/E DTD 04/22/14 N/C | 810,000.0000 |
| US61746BDM54 | MORGAN STANLEY FXD RT SR NT SER F 2.500% 01/24/19 B/E DTD 01/24/14 N/C | 810,000.0000 |
| US48127HAA77 | JPMORGAN CHASE & CO SR NT 2.200% 10/22/19 B/E DTD 10/22/14 N/C | 810,000.0000 |
| US94974BFQ86 | WELLS FARGO & CO NEW MEDIUM TERM SR NTS FXD RT SER L 2.150% 01/15/19 B/E DTD 10/28/13 N/C | 810,000.0000 |
| US06051GFD60 | BANK AMER CORP FXD RT NT SER L 2.650% 04/01/19 B/E DTD 04/01/14 N/C | 800,000.0000 |
| XS1246650862 | IA CAPITAL STRUCTURES (IRELAND) PLC LKD TO ISHS MSCI EM MK REG S 0.000% 07/05/35 REG DTD 07/06/15 CLB CALLABLE | 1,100,000.0000 |

EC 44382
BANK OF NEW YORK
TD 3/8/18
SD 3/9/16
FFC CLODI HOLDINGS LTD #AP██3

BACKOFFICE PRO ADVISORS LLC

**De:** Madison Advisor Contact [mailto:contact@madisonadvisor.com]
**Enviado el:** Thursday, March 08, 2018 11:24 AM
**Para:** ProAdvisors Backoffice
**Asunto:** RE: FREE DELIVERY AP██3 CLODI - OUR REF QGU█████5

Please deliver to:

EC 44382
TD 3/8/18
SD 3/9/16

Rgds,

MADISON ADVISORS

**From:** ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Sent:** Thursday, March 8, 2018 9:01 AM
**To:** Madison Advisor Contact <contact@madisonadvisor.com>
**Cc:** ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Subject:** FREE DELIVERY AP██3 CLODI - OUR REF QGU█████5

Team

We have instructions to deliver free of payment the below securities to your account AP██3:

| | | |
|---|---|---|
| US94974BFU98 | WELLS FARGO & CO NEW MEDIUM TERM SR NTS FIXED RATE NOTE SER L 2.125% 04/22/19 B/E DTD 04/22/14 N/C | 810,000.0000 |
| US61746BDM54 | MORGAN STANLEY FXD RT SR NT SER F 2.500% 01/24/19 B/E DTD 01/24/14 N/C | 810,000.0000 |
| US48127HAA77 | JPMORGAN CHASE & CO SR NT 2.200% 10/22/19 B/E DTD 10/22/14 N/C | 810,000.0000 |
| US94974BFQ86 | WELLS FARGO & CO NEW MEDIUM TERM SR NTS FXD RT SER L 2.150% 01/15/19 B/E DTD 10/28/13 N/C | 810,000.0000 |
| US06051GFD60 | BANK AMER CORP FXD RT NT SER L 2.650% 04/01/19 B/E DTD 04/01/14 N/C | 800,000.0000 |
| XS1246650862 | IA CAPITAL STRUCTURES (IRELAND) PLC LKD TO ISHS MSCI EM MK REG S 0.000% 07/05/35 REG DTD 07/06/15 CLB CALLABLE | 1,100,000.0000 |

Our SSI
Euroclear 92146

Pls confirm you instructions together with TD and SD

Thanks,

BACKOFFICE PRO ADVISORS LLC

Insight Securities, Inc. Member FINRA | SIPC | MSRB Insight Securities, Inc. does not accept orders or instructions without verbal confirmation and is not responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity contained in this communication. This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the message and any attachments from your system.

**CLODI HOLDINGS LTD**
**Marcy Building 2nd Floor**
**Purcell State Tortola, BVI**

8 March 2018

Insight Securities Inc

600 Central Avenue Ste. 265

Highland Park, IL 60035

**Re: Transfer from account QGU-████ of Clodi Holding Limited**

Dear Sirs,

Please accept this letter as your written authorisation to transfer the following securities from
account number **QGU-████** held in the name of **Clodi Holdings Limited** to the following details:

| | | |
|---|---|---|
| US94974BFU98 | WFC 2 1/8 04/22/19 | 810,000 |
| US61746BDM54 | MS 2 1/2 01/24/19 | 810,000 |
| US48127HAA77 | JPM 2.2 10/22/19 | 810,000 |
| US94974BFQ86 | WFC 2.15 01/15/19 | 810,000 |
| US06051GFD60 | BAC 2.65 04/01/19 | 800,000 |
| XS1246650862 | IACAPT 0 ¼ 07/05/35 | 1,100,000 |

EC 44382

FFC CLODI HOLDINGS LTD Y ACC # AP2423

TD 3/8/18

SD 3/9/18

Thank you very much for your cooperation.

Yours sincerely,

**Clodi Holdings Limited**
**Rep by: Amicorp Management Limited**
Title: Director
Rep by: Pedro J. Garcia
Title:     Authorized Signatory

**Clodi Holdings Limited**
**Rep by: Amicorp Management Limited**
Title: Director
Rep by:     Felicia Parsons
Title:     Authorized Signatory

Exhibit "B"

**From:** ProAdvisors Backoffice [mailto:backoffice@pro-advisors.net]
**Sent:** Thursday, March 15, 2018 11:46 AM
**To:** Dhimitri Agolli <dagolli@insightamericas.net>; Jennifer Mayer <JMayer@insightamericas.net>
**Cc:** ProAdvisors Backoffice <backoffice@pro-advisors.net>; Larry Rozas <lrozas@insightamericas.net>
**Subject:** RV: FREE DELIVERY CLODI HOLDINGS LTD ACCT AP███3 our ref QGU████5

Dhimitri
Pls find below mail with CP to proceed with delivery


Td: 03/15/2018
Sd: 03/16/2018


OUR SSI
DTC: 0443
Beneficiary: Pershing LLC


CP SSI
DTC 0987
FFC BJ 60 FOR A/C GLOBAL PLUS ACCT
FFC CLODI HOLDINGS LTD ACCT AP███3

| | | | |
|---|---|---|---|
| US87927VAF58 | 87927VAF5 | 150,000.0000 | TELECOM ITALIA CAP GTD SR NT SER C ISIN#US87927VAF58 6.375% 11/15/33 B/E DTD 05/15/04 N/C |
| USG2585XAA75 | G2585XAA7 | 100,000.0000 | CSN ISLANDS XII CORP NOTES 2010 GTD REG S ISIN#USG2585XAA75 7.000% 09/23/88 B/E DTD 09/23/10 CLB CALLABLE |
| US852060AD48 | 852060AD4 | 100,000.0000 | SPRINT CAP CORP NT 6.875% 11/15/28 B/E DTD 11/16/98 N/C |
| US472319AC60 | 472319AC6 | 150,000.0000 | JEFFERIES GROUP INC NEW FXD RT SR DEB 6.250% 01/15/36 B/E DTD 01/26/06 N/C |
| US78463X2027 | 78463X202 | 4,350.0000 | SPDR INDEX SHS FDS EURO STOXX 50 ETF |
| US1729674242 | 172967424 | 3,100.0000 | CITIGROUP INC COM NEW ISIN#US1729674242 |
| US013817AQ48 | 013817AQ4 | 100,000.0000 | ALCOA INC SR NTS FULLY EXCHANGED FROM CUSIP 013817AN1 5.870% 02/23/22 B/E DTD 02/23/07 N/C |



Thanks


BACKOFFICE PRO ADVISORS LLC

**De:** Madison Advisor Contact [mailto:contact@madisonadvisor.com]
**Enviado el:** Thursday, March 15, 2018 1:43 PM
**Para:** ProAdvisors Backoffice
**Asunto:** RE: FREE DELIVERY CLODI HOLDINGS LTD ACCT AP███3 our ref QGU████5

Confirmed and agreed with the dates.

Rgds

MADISON ADVISORS

**From:** ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Sent:** Thursday, March 15, 2018 11:58 AM
**To:** Madison Advisor Contact <contact@madisonadvisor.com>
**Cc:** ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Subject:** RV: FREE DELIVERY CLODI HOLDINGS LTD ACCT AP█3 our ref QGU█5

Team

We have instructions to deliver Free of Payment the below securities. Pls confirm if you agree with proposed TD and SD:

Td: 03/15/2018
Sd: 03/16/2018

OUR SSI
DTC: 0443
Beneficiary: Pershing LLC

YOUR SSI
DTC 0987
FFC BJ 60 FOR A/C GLOBAL PLUS ACCT
FFC CLODI HOLDINGS LTD ACCT AP█3

| | | | |
|---|---|---|---|
| US87927VAF58 | 87927VAF5 | 150,000.0000 | TELECOM ITALIA CAP GTD SR NT SER C ISIN#US87927VAF58 6.375% 11/15/33 B/E DTD 05/15/04 N/C |
| USG2585XAA75 | G2585XAA7 | 100,000.0000 | CSN ISLANDS XII CORP NOTES 2010 GTD REG S ISIN#USG2585XAA75 7.000% 09/23/88 B/E DTD 09/23/10 CLB CALLABLE |
| US852060AD48 | 852060AD4 | 100,000.0000 | SPRINT CAP CORP NT 6.875% 11/15/28 B/E DTD 11/16/98 N/C |
| US472319AC60 | 472319AC6 | 150,000.0000 | JEFFERIES GROUP INC NEW FXD RT SR DEB 6.250% 01/15/36 B/E DTD 01/26/06 N/C |
| US78463X2027 | 78463X202 | 4,350.0000 | SPDR INDEX SHS FDS EURO STOXX 50 ETF |
| US1729674242 | 172967424 | 3,100.0000 | CITIGROUP INC COM NEW ISIN#US1729674242 |
| US013817AQ48 | 013817AQ4 | 100,000.0000 | ALCOA INC SR NTS FULLY EXCHANGED FROM CUSIP 013817AN1 5.870% 02/23/22 B/E DTD 02/23/07 N/C |

Thanks,

BACKOFFICE PRO ADVISORS LLC

**De:** Dhimitri Agolli [mailto:dagolli@insightamericas.net]
**Enviado el:** Thursday, March 15, 2018 12:15 PM
**Para:** ProAdvisors Backoffice
**CC:** Jennifer Mayer; Larry Rozas
**Asunto:** RE: FREE DELIVERY QGU0█5 DTC/ECL

Hello,

All of the below listed securities are held in DTC.
The transfer request is under review by Compliance and it will be processed once it has been approved.

Thank you,
Dhimitri

**From:** ProAdvisors Backoffice [mailto:backoffice@pro-advisors.net]
**Sent:** Thursday, March 15, 2018 9:16 AM
**To:** Jennifer Mayer <JMayer@insightamericas.net>; Dhimitri Agolli <dagolli@insightamericas.net>; Larry Rozas <lrozas@insightamericas.net>
**Cc:** ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Subject:** FREE DELIVERY QGU████ DTC/ECL

Team

We have instructions to Deliver Free of Payment the below securities. Please confirm if securities are held in DTC or Euroclear so we can contact the CP

| | | | |
|---|---|---|---|
| US87927VAF58 | 87927VAF5 | 150,000.0000 | TELECOM ITALIA CAP GTD SR NT SER C ISIN#US87927VAF58 6.375% 11/15/33 B/E DTD 05/15/04 N/C |
| USG2585XAA75 | G2585XAA7 | 100,000.0000 | CSN ISLANDS XII CORP NOTES 2010 GTD REG S ISIN#USG2585XAA75 7.000% 09/23/88 B/E DTD 09/23/10 CLB CALLABLE |
| US852060AD48 | 852060AD4 | 100,000.0000 | SPRINT CAP CORP NT 6.875% 11/15/28 B/E DTD 11/16/98 N/C |
| US472319AC60 | 472319AC6 | 150,000.0000 | JEFFERIES GROUP INC NEW FXD RT SR DEB 6.250% 01/15/36 B/E DTD 01/26/06 N/C |
| US78463X2027 | 78463X202 | 4,350.0000 | SPDR INDEX SHS FDS EURO STOXX 50 ETF |
| US1729674242 | 172967424 | 3,100.0000 | CITIGROUP INC COM NEW ISIN#US1729674242 |
| US013817AQ48 | 013817AQ4 | 100,000.0000 | ALCOA INC SR NTS FULLY EXCHANGED FROM CUSIP 013817AN1 5.870% 02/23/22 B/E DTD 02/23/07 N/C |

Thanks!

BACKOFFICE PRO ADVISORS LLC

**De:** ProAdvisors Backoffice
**Enviado el:** Thursday, March 15, 2018 11:03 AM
**Para:** 'Jennifer Mayer (JMayer@insightamericas.net)'; Dhimitri Agolli; Larry Rozas
**CC:** ProAdvisors Backoffice
**Asunto:** Positions QGU████5 DTC/ECL

Team,

Could you please confirm for QGU034045 positions which are DTC and which are EUROCLEAR?

| | | | |
|---|---|---|---|
| US87927VAF58 | 87927VAF5 | 150,000.0000 | TELECOM ITALIA CAP GTD SR NT SER C ISIN#US87927VAF58 6.375% 11/15/33 B/E DTD 05/15/04 N/C |
| USG2585XAA75 | G2585XAA7 | 100,000.0000 | CSN ISLANDS XII CORP NOTES 2010 GTD REG S ISIN#USG2585XAA75 7.000% 09/23/88 B/E DTD 09/23/10 CLB CALLABLE |
| US852060AD48 | 852060AD4 | 100,000.0000 | SPRINT CAP CORP NT 6.875% 11/15/28 B/E DTD 11/16/98 N/C |
| US472319AC60 | 472319AC6 | 150,000.0000 | JEFFERIES GROUP INC NEW FXD RT SR DEB 6.250% 01/15/36 B/E DTD 01/26/06 N/C |

| | | | |
|---|---|---|---|
| US78463X2027 | 78463X202 | 4,350.0000 | SPDR INDEX SHS FDS EURO STOXX 50 ETF |
| US2254W0PH20 | 2254W0PH2 | 8,000.0000 | CREDIT SUISSE FIRST BOSTON MTG ACCEP CORP 2005-11 MTG PASSTHRU CTF CL 6.000% 12/25/35 B/E DTD 11/01/05 N/C |
| US1729674242 | 172967424 | 3,100.0000 | CITIGROUP INC COM NEW ISIN#US1729674242 |
| USP09133BF89 | P09133BF8 | 100,000.0000 | BANCO CRUZEIRO DO SUL SA SUB NT REG S ISIN#USP09133BF89 8.875% 09/22/20 B/E DTD 09/22/10 N/C |
| USG6710EAF72 | G6710EAF7 | 100,000.0000 | ODEBRECHT FINANCE LTD GTD PERP NT REG S ISIN#USG6710EAF72 7.500% 09/14/88 B/E DTD 09/14/10 CLB CALLABLE |
| US126694PS13 | 126694PS1 | 79,000.0000 | CWMBS INC 2005-28 CHL MTG PASSTHRU CTF CL A-12 6.000% 12/25/35 B/E DTD 10/01/05 N/C |
| US05946XT605 | 05946XT60 | 71,000.0000 | BANC AMER FDG CORP 2005-7 MTG PASSTHRU CTF CL 3-A-9 6.000% 11/25/35 B/E DTD 11/01/05 N/C |
| US013817AQ48 | 013817AQ4 | 100,000.0000 | ALCOA INC SR NTS FULLY EXCHANGED FROM CUSIP 013817AN1 5.870% 02/23/22 B/E DTD 02/23/07 N/C |

Thanks!

BACKOFFICE PRO ADVISORS LLC

Insight Securities, Inc. Member FINRA | SIPC | MSRB Insight Securities, Inc. does not accept orders or instructions without verbal confirmation and is not responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity contained in this communication. This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the message and any attachments from your system.

**CLODI HOLDINGS LTD**
**Marcy Building 2nd Floor**
**Purcell State Tortola, BVI**

15 March 2018

Insight Securities Inc

600 Central Avenue Ste. 265
Highland Park, IL 60035

**Re: Transfer from account QGU-██████ of Clodi Holding Limited**

Dear Sirs,

Please accept this letter as your written authorisation to transfer the following securities from
account number **QGU-█████** held in the name of **Clodi Holdings Limited** to the following details:

| | | |
|---|---|---|
| US87927VAF58 | 150,000.00 | TELECOM ITALIA CAP GTD SR NT 6.375% 11/15/33 B/E DTD 05/15/04 N/C |
| USG2585XAA75 | 100,000.00 | CSN ISLANDS XII CORP NOTES 2010 GTD REG S 7.000% 09/23/88 |
| US852060AD48 | 100,000.00 | SPRINT CAP CORP NT 6.875% 11/15/28 B/E DTD 11/16/98 N/C |
| US472319AC60 | 150,000.00 | JEFFERIES GROUP INC NEW FXD RT SR DEB 6.250% 01/15/36 |
| US78463X2027 | 4,350.00 | SPDR INDEX SHS FDS EURO STOXX 50 ETF |
| US1729674242 | 3,100.00 | CITIGROUP INC COM NEW ISIN#US1729674242 |
| US013817AQ48 | 100,000.00 | ALCOA INC SR NTS 5.870% 02/23/22 |

EUROCLEAR: EC 44382
DTC: DTC# 987 FFC: **BJ 60** FOR A/C#: GLOBAL PLUS ACCT
TD: MARCH 15, 2018  SD: MARCH 16, 2018
FFC CLODI HOLDINGS LTD Y  ACC # AP██3

Thank you very much for your cooperation.

Yours sincerely,

**Clodi Holdings Limited**
**Rep by: Amicorp Management Limited**
Title: Director
Rep by: Pedro J. Garcia
Title:   Authorized Signatory

**Clodi Holdings Limited**
**Rep by: Amicorp Management Limited**
Title: Director
Rep by:    Felicia Parsons
Title:    Authorized Signatory

Exhibit "C"

## Dhimitri Agolli

**From:** ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Sent:** Friday, March 16, 2018 1:31 PM
**To:** Dhimitri Agolli
**Cc:** Larry Rozas; Jennifer Mayer; ProAdvisors Backoffice
**Subject:** RE: QGU███0 - FREE DELIVERY AP██5

BANK OF NEW YORK

MADISON ADVISORS

BACKOFFICE PRO ADVISORS LLC

**De:** Dhimitri Agolli [mailto:dagolli@insightamericas.net]
**Enviado el:** Friday, March 16, 2018 3:14 PM
**Para:** ProAdvisors Backoffice
**CC:** Larry Rozas; Jennifer Mayer
**Asunto:** RE: QGU████0 - FREE DELIVERY AP██5

Hello,

Can you provide the name of the receiving Financial Institution/Bank this transfer is intended for?

Thank you,

**From:** ProAdvisors Backoffice [mailto:backoffice@pro-advisors.net]
**Sent:** Friday, March 16, 2018 8:58 AM
**To:** Dhimitri Agolli <dagolli@insightamericas.net>
**Cc:** Larry Rozas <lrozas@insightamericas.net>; Jennifer Mayer <JMayer@insightamericas.net>; ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Subject:** RE: QGU0████0 - FREE DELIVERY AP2█5

During the following 30 days the client will be transferring out remaining holdings

Thanks,

BACKOFFICE PRO ADVISORS LLC

**De:** Dhimitri Agolli [mailto:dagolli@insightamericas.net]
**Enviado el:** Friday, March 16, 2018 10:06 AM
**Para:** ProAdvisors Backoffice
**CC:** Larry Rozas; Jennifer Mayer
**Asunto:** RE: QGU████0 - FREE DELIVERY AP██5

Hello,

I see that this is a partial transfer. When are the rest of the assets going to be transferred out of the account?

1

Thank you,
Dhimitri

**From:** ProAdvisors Backoffice [mailto:backoffice@pro-advisors.net]
**Sent:** Thursday, March 15, 2018 4:23 PM
**To:** Dhimitri Agolli <dagolli@insightamericas.net>; Jennifer Mayer <JMayer@insightamericas.net>
**Cc:** Larry Rozas <lrozas@insightamericas.net>; ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Subject:** QGU█████0 - FREE DELIVERY AP██5

Team

Pls set up to Deliver Free of Payment

Td: 03/15/2018
Sd: 03/16/2018

| | | | |
|---|---|---|---|
| CH0244767585 | H42097107 | 22,145.0000 | UBS GROUP AG SHS ISIN#CH0244767585 **- DTC** |
| USP989MJBE04 | P989MJBE0 | 200,000.0000 | YPF SOCIEDAD ANONIMA SR NT REG S ISIN#USP989MJBE04 8.500% 07/28/25 B/E DTD 04/28/15 N/C **- DTC** |
| US71647NAF69 | 71647NAF6 | 200,000.0000 | PETROBRAS GLOBAL FIN BV ISIN#US71647NAF69 4.375%05/20/23 B/E DTD 05/20/13 N/C **- DTC** |
| US172967GF21 | 172967GF2 | 127,000.0000 | CITIGROUP INC NTS 5.900% 09/09/88 B/E DTD 12/13/12 N/C **- DTC** |
| USP1330HBF03 | P1330HBF0 | 200,000.0000 | BANCO HIPOTECARIO SA ARGENTINA NT SER 29 REG S ISIN#USP1330HBF03 9.750% 11/30/20 B/E DTD 11/30/15 N/C **- DTC** |
| USC10602AW79 | C10602AW7 | 120,000.0000 | BOMBARDIER INC SR NT REG S ISIN#USC10602AW79 **- DTC** 6.125% 01/15/23 B/E DTD 01/14/13 N/C |
| XS1433314314 | P1910WMG1 | 150,000.0000 | PROVINCE OF BUENOS AIRES SHORT TERM NTS ISIN#XS1433314314 7.875% 06/15/27 REG DTD 06/15/16 N/C **- EUROCLEAR** |
| XS1496112407 | P6S94ZAB5 | 150,000.0000 | MUNICIPALIDAD DE LA CIUDAD DECORDOBA USD GLOBAL NT REG S ISIN# XS1496112407 7.875% 09/29/24 REG DTD 09/29/16 CLB CALLABLE **- EUROCLEAR** |

**Our REF:**
DTC: 0443
Beneficiary: Pershing LLC

Agent Bank: Euroclear
BIC Code 1: MGTCBEBEECL
Account Name: Pershing LLC
Account #: 92146

**CP REF:**
DTC 0987
FFC BJ 60 FOR A/C GLOBAL PLUS ACCT
FFC BRALISOL ASSOCIATES LTD  AP██5

ECL 44382

BACKOFFICE PRO ADVISORS LLC

**De:** Madison Advisor Contact [mailto:contact@madisonadvisor.com]
**Enviado el:** Thursday, March 15, 2018 5:06 PM
**Para:** ProAdvisors Backoffice
**Asunto:** RE: FREE DELIVERY AP██5 Our Ref QGU█████ DTC/ECL

Confirmed and agreed.

Rgds

MADISON ADVISORS

**From:** ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Sent:** Thursday, March 15, 2018 3:31 PM
**To:** Madison Advisor Contact <contact@madisonadvisor.com>
**Cc:** ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Subject:** FREE DELIVERY AP███ Our Ref QG██████ DTC/ECL

Team

We have instructions to deliver Free of Payment:

Td: 03/15/2018
Sd: 03/16/2018

| | | | |
|---|---|---|---|
| CH0244767585 | H42097107 | 22,145.0000 | UBS GROUP AG SHS ISIN#CH0244767585 - **DTC** |
| USP989MJBE04 | P989MJBE0 | 200,000.0000 | YPF SOCIEDAD ANONIMA SR NT REG S ISIN#USP989MJBE04 8.500% 07/28/25 B/E DTD 04/28/15 N/C - **DTC** |
| US71647NAF69 | 71647NAF6 | 200,000.0000 | PETROBRAS GLOBAL FIN BV ISIN#US71647NAF69 4.375%05/20/23 B/E DTD 05/20/13 N/C - **DTC** |
| US172967GF21 | 172967GF2 | 127,000.0000 | CITIGROUP INC NTS 5.900% 09/09/88 B/E DTD 12/13/12 N/C - **DTC** |
| USP1330HBF03 | P1330HBF0 | 200,000.0000 | BANCO HIPOTECARIO SA ARGENTINA NT SER 29 REG S ISIN#USP1330HBF03 9.750% 11/30/20 B/E DTD 11/30/15 N/C - **DTC** |
| USC10602AW79 | C10602AW7 | 120,000.0000 | BOMBARDIER INC SR NT REG S ISIN#USC10602AW79 - **DTC** 6.125% 01/15/23 B/E DTD 01/14/13 N/C |
| XS1433314314 | P1910WMG1 | 150,000.0000 | PROVINCE OF BUENOS AIRES SHORT TERM NTS ISIN#XS1433314314 7.875% 06/15/27 REG DTD 06/15/16 N/C - **EUROCLEAR** |

MUNICIPALIDAD DE LA CIUDAD DECORDOBA USD

XS1496112407    P6S94ZAB5    150,000.0000 GLOBAL NT REG S ISIN# XS1496112407 7.875% 09/29/24 REG DTD 09/29/16 CLB CALLABLE - EUROCLEAR

**Our REF:**
DTC: 0443
Beneficiary: Pershing LLC

Agent Bank: Euroclear
BIC Code 1:  MGTCBEBEECL
Account Name: Pershing LLC
Account #: 92146

**Your REF:**
DTC 0987
FFC BJ 60 FOR A/C GLOBAL PLUS ACCT
FFC BRALISOL ASSOCIATES LTD  AF████

ECL 44382

Pls confirm if you agree with proposed TD and SD

Thanks

Insight Securities, Inc. Member FINRA | SIPC | MSRB Insight Securities, Inc. does not accept orders or instructions without verbal confirmation and is not responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity contained in this communication. This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the message and any attachments from your system.
Insight Securities, Inc. Member FINRA | SIPC | MSRB Insight Securities, Inc. does not accept orders or instructions without verbal confirmation and is not responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity contained in this communication. This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the message and any attachments from your system.

Marzo 15, 2018

Sres. Insight

Por medio de la presente solicito enviar desdela cuenta QGU- ██ 0, la siguiente posición desde mi cuenta con ustedes:

| Isin | Monto | Descripcion |
|------|-------|-------------|
| CH0244767585 | 22,145.00 | UBS GROUP AG SHS ISIN#CH0244767585 |
| USP989MJBE04 | 200,000.00 | YPF SOCIEDAD ANONIMA SR NT REG S  8.500% 07/28/25 |
| US71647NAF69 | 200,000.00 | PETROBRAS GLOBAL FIN BV 4.375% 05/20/23 |
| US172967GF21 | 127,000.00 | CITIGROUP INC NTS 5.900% 09/09/88 |
| USP1330HBF03 | 200,000.00 | BANCO HIPOTECARIO SA ARGENTINA NT SER 29 REG S  9.750% 11/30/20 |
| USC10602AW79 | 120,000.00 | BOMBARDIER INC SR NT REG S  6.125% 01/15/23 |
| XS1433314314 | 150,000.00 | PROVINCE OF BUENOS AIRES SHORT TERM NTS  7.875% 06/15/27 REG |
| XS1496112407 | 150,000.00 | MUNICIPALIDAD DE LA CIUDAD DECORDOBA USD  REG S  7.875% 09/29/24 |

A las siguientes instrucciones:

EC 44382

DTC: DTC# 987 FFC: **BJ 60** FOR A/C#:GLOBAL PLUS ACCT

FFC Bralisol Associates LtdY  cuentaAP██5

TD 15/3/18

SD 16/3/18

Favor contactar a contact@madisonadvisor.com para detalles.

Sin otro particular saludo atte.

# Exhibit "D"

## Dhimitri Agolli

**From:** ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Sent:** Friday, March 16, 2018 1:31 PM
**To:** Dhimitri Agolli
**Cc:** Larry Rozas; Jennifer Mayer; ProAdvisors Backoffice
**Subject:** RE: QGU        B - FREE DELIVERY AP   6

BANK OF NEW YORK

MADISON ADVISORS

BACKOFFICE PRO ADVISORS LLC

**De:** Dhimitri Agolli [mailto:dagolli@insightamericas.net]
**Enviado el:** Friday, March 16, 2018 3:16 PM
**Para:** ProAdvisors Backoffice
**CC:** Larry Rozas; Jennifer Mayer
**Asunto:** RE: QGU      B - FREE DELIVERY AP  6

Please provide the name of the receiving Financial Institution/Bank this transfer is intended for, also.

Thank you,

**From:** ProAdvisors Backoffice [mailto:backoffice@pro-advisors.net]
**Sent:** Friday, March 16, 2018 8:58 AM
**To:** Dhimitri Agolli <dagolli@insightamericas.net>
**Cc:** Larry Rozas <lrozas@insightamericas.net>; Jennifer Mayer <JMayer@insightamericas.net>; **ProAdvisors Backoffice** <backoffice@pro-advisors.net>
**Subject:** RE: QGU      B - FREE DELIVERY AP  6

During the following 30 days the client will be transferring out remaining holdings

Thanks,

BACKOFFICE PRO ADVISORS LLC

**De:** Dhimitri Agolli [mailto:dagolli@insightamericas.net]
**Enviado el:** Friday, March 16, 2018 10:06 AM
**Para:** ProAdvisors Backoffice
**CC:** Larry Rozas; Jennifer Mayer
**Asunto:** RE: QGU      B - FREE DELIVERY AP  6

Hello,

I see that this is a partial transfer also. When are the rest of the assets going to be transferred out of the account?

Thank you,
Dhimitri

**From:** ProAdvisors Backoffice [mailto:backoffice@pro-advisors.net]
**Sent: Thursday, March 15, 2018 4:24 PM**
**To:** Dhimitri Agolli <dagolli@insightamericas.net>; Jennifer Mayer <JMayer@insightamericas.net>
**Cc:** ProAdvisors Backoffice <backoffice@pro-advisors.net>; Larry Rozas <lrozas@insightamericas.net>
**Subject:** QGU___3 - FREE DELIVERY AF___6

Team

Please set up to Deliver Free of Payment:

Td: 03/15/2018
Sd: 03/16/2018

| | | | |
|---|---|---|---|
| US71647NAK54 | 71647NAK5 | 185,000.0000 | PETROBRAS GLOBAL FIN BV GTD NT ISIN#US71647NAK54 7.250% 03/17/44 B/E DTD 03/17/14 N/C - **DTC** |
| US71645WAH43 | 71645WAH4 | 44,000.0000 | PETROBRAS INTL FIN CO GLOBAL NTS ISIN#US71645WAH43 8.375% 12/10/18 B/E DTD 12/10/03 N/C - **DTC** |
| US4042807036 | 404280703 | 3,476.0000 | HSBC HLDGS PLC PERPETUAL SUB CAP SEC CPN 8.125% CPN FREQ QRTLY PERP MATY CALL ANYTIME W/30 DAY NOTICE 4/15/13 - **DTC** |
| XS1496112407 | P6S94ZAB5 | 150,000.0000 | MUNICIPALIDAD DE LA CIUDAD DECORDOBA USD GLOBAL NT REG S ISIN# XS1496112407 7.875% 09/29/24 REG DTD 09/29/16 CLB CALLABLE - **EUROCLEAR** |
| USP25619AB67 | P25619AB6 | 150,000.0000 | CHUBUT PROV SECD AMORTIZING NT REG S ISIN#USP25619AB67 7.750% 07/26/26 B/E DTD 07/26/16 N/C - **DTC** |
| US040114HL72 | 040114HL7 | 80,000.0000 | ARGENTINE REPUBLIC ISIN#US040114HL72 6.875% 01/26/27 B/E DTD 01/26/17 N/C - **DTC** |
| USP04808AN44 | P04808AN4 | 75,000.0000 | ARGENTINA REP BD REGS ISIN#USP04808AN44 7.125% 06/28/17 B/E DTD 06/28/17 N/C - **DTC** |

**Our REF:**
DTC: 0443
Beneficiary: Pershing LLC

Agent Bank: Euroclear
BIC Code 1: MGTCBEBEECL
Account Name: Pershing LLC
Account #: 9___5

**CP REF:**
DTC 0987
FFC BJ 60 FOR A/C GLOBAL PLUS ACCT
FFC M APARAIN BORJA AP___6

ECL 4  2

Thanks,

BACKOFFICE PRO ADVISORS LLC

**De:** Madison Advisor Contact [mailto:contact@madisonadvisor.com]
**Enviado el:** Thursday, March 15, 2018 5:07 PM
**Para:** ProAdvisors Backoffice
**Asunto:** RE: FREE DELIVERY AP 6 Our Ref QGU0 3 DTC/ECL

Confirmed and agreed.

Rgds

MADISON ADVISORS

**From:** ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Sent:** Thursday, March 15, 2018 3:38 PM
**To:** Madison Advisor Contact <contact@madisonadvisor.com>
**Cc:** ProAdvisors Backoffice <backoffice@pro-advisors.net>
**Subject:** FREE DELIVERY AP2426 Our Ref QGU036933 DTC/ECL

Team

We have instructions to deliver Free of Payment:

Td: 03/15/2018
Sd: 03/16/2018

| | | | |
|---|---|---|---|
| US71647NAK54 | 71647NAK5 | 185,000.0000 | PETROBRAS GLOBAL FIN BV GTD NT ISIN#US71647NAK54 7.250% 03/17/44 B/E DTD 03/17/14 N/C - **DTC** |
| US71645WAH43 | 71645WAH4 | 44,000.0000 | PETROBRAS INTL FIN CO GLOBAL NTS ISIN#US71645WAH43 8.375% 12/10/18 B/E DTD 12/10/03 N/C - **DTC** |
| US4042807036 | 404280703 | 3,476.0000 | HSBC HLDGS PLC PERPETUAL SUB CAP SEC CPN 8.125% CPN FREQ QRTLY PERP MATY CALL ANYTIME W/30 DAY NOTICE 4/15/13 - **DTC** |
| XS1496112407 | P6S94ZAB5 | 150,000.0000 | MUNICIPALIDAD DE LA CIUDAD DECORDOBA USD GLOBAL NT REG S ISIN# XS1496112407 7.875% 09/29/24 REG DTD 09/29/16 CLB CALLABLE - **EUROCLEAR** |
| USP25619AB67 | P25619AB6 | 150,000.0000 | CHUBUT PROV SECD AMORTIZING NT REG S ISIN#USP25619AB67 7.750% 07/26/26 B/E DTD 07/26/16 N/C - **DTC** |
| US040114HL72 | 040114HL7 | 80,000.0000 | ARGENTINE REPUBLIC ISIN#US040114HL72 6.875% 01/26/27 B/E DTD 01/26/17 N/C - **DTC** |

USP04808AN44  P04808AN4  75,000.0000  ARGENTINA REP BD REGS ISIN#USP04808AN44 7.125% 06/28/17 B/E DTD 06/28/17 N/C - DTC

**Our REF:**
DTC: 0443
Beneficiary: Pershing LLC

Agent Bank: Euroclear
BIC Code 1: MGTCBEBEECL
Account Name: Pershing LLC
Account #: 9▉6

**Your REF:**
DTC 0987
FFC BJ 60 FOR A/C GLOBAL PLUS ACCT
FFC M APARAIN BORJA AP▉6

ECL 4▉2

Pls confirm if you agree with proposed TD and SD

Thanks

Insight Securities, Inc. Member FINRA | SIPC | MSRB Insight Securities, Inc. does not accept orders or instructions without verbal confirmation and is not responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity contained in this communication. This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the message and any attachments from your system.
Insight Securities, Inc. Member FINRA | SIPC | MSRB Insight Securities, Inc. does not accept orders or instructions without verbal confirmation and is not responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity contained in this communication. This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading, disseminating, distributing or copying this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the message and any attachments from your system.

Marzo 15, 2018

Por este medio solicito transferir de mi cuenta QGU-█████3 lo siguiente:

| | | |
|---|---|---|
| US71647NAK54 | 185,000.00 | PETROBRAS GLOBAL FIN BV GTD NT 7.250% 03/17/44 B/E DTD 03/17/14 N/C |
| US71645WAH43 | 44,000.00 | PETROBRAS INTL FIN CO GLOBAL 8.375% 12/10/18 B/E DTD 12/10/03 N/C |
| US4042807036 | 3,476.00 | HSBC HLDGS PLC PERPETUAL SUB CAP SEC CPN 8.125% |
| XS1496112407 | 150,000.00 | MUNICIPALIDAD DE LA CIUDAD DECORDOBA USD GLOBAL NT REG S 7.875% 09/29/24 |
| USP25619AB67 | 150,000.00 | CHUBUT PROV SECD AMORTIZING NT REG S 7.750% 07/26/26 |
| US040114HL72 | 80,000.00 | ARGENTINE REPUBLIC6.875% 01/26/27 B/E DTD 01/26/17 N/C |
| USP04808AN44 | 75,000.00 | ARGENTINA REP BD REGS 7.125% 06/28/17 B/E DTD 06/28/17 N/C |

A las siguientes instrucciones:

EC █████

DTC: DTC# 987 FFC: **BJ 60**

FFC  M Aparain Borjas  ;  # Af███6

TD 15/3/18

SD 16/3/18

Favor contactar a contact@madisonadvisor.com para detalles.

Gracias, cordialmente